**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO.  2:25-CV-00254-JRG-RSP |
| | § | |
| KROSOL GLOBAL LIMITED, | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER</u>

Before the Court is the Application for Attorney Fees (the "Application") filed by Plaintiff Whirlpool Corporation ("Plaintiff").  (Dkt. No. 16).  In the Motion, Plaintiff moves for attorneys' fees in the amount of $32,630.00.  (*Id*. at 1).  Plaintiff argues that it is entitled to reasonable attorneys' fees under 35 U.S.C. § 285 because the Court has found this case to be an "exceptional" one.  (*Id*. (citing Dkt. No. 14)).

The Court notes that Defendant Krosol Global Limited ("Defendant") has failed to oppose the Application, which has been pending for more than fourteen (14) days.  *See* Local Rule CV-7(d)–(e).  The Application is therefore considered to be unopposed.  *Id*.

Having considered the Application, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that Defendant shall pay to Plaintiff attorneys' fees in the amount of $32,630.00.  Payment shall be made no later than thirty (30) days from the date of this Order, and Plaintiff shall promptly notify the Court by a Notice filed on the docket when payment has been received.

**So ORDERED and SIGNED this 26th day of March, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE